IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY GEORGE GRIFFIN | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN | : | NO. 13-5179 |

FILED
APR 16 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 16th day of April, 2014, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus (Doc. 1) is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES, II,          J.